*E-FILED: March 22, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN REYES, an individual; and DOREEN REYES, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE HOLDINGS, INC., a Delaware Corporation; NATIONSTAR MORTGAGE LLC, a Delaware Limited Liability company; AURORA BANK FSB, a Delaware company; AURORA LOAN SERVICES, LLC, a Colorado Limited Liability company; and all persons unknown claiming any legal or equitable right, title, estate, lien, or interest in the Property described in the Complaint adverse to Plaintiffs' title, or any cloud on Plaintiffs' title or interest in the Property; and DOES 1 through 100, inclusive,<br><br>Defendant. | No. C13-00854 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

On March 11, 2013, defendants moved to dismiss the complaint (Dkt. No. 8). Pursuant to Civil Local Rule 73-1, all parties were required to file, no later than March 18, 2013, either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. Despite written and verbal reminders from the court, neither side has done so. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a district

judge.  See 28 U.S.C. § 636; Civ. L.R. 73-1.

Dated: March 22, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

<div style="writing-mode: vertical">**United States District Court**
For the Northern District of California</div>

1  5:13-cv-00854-HRL Notice has been electronically mailed to:
2  Alex Sears    acs@severson.com, ipk@severson.com, jc@severson.com
3  Mary Kate Sullivan    mks@severson.com, jc@severson.com, vhn@severson.com
4  Timothy Andrew Pupach    tim@pupachlaw.com
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28