UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MARTIN REYES, et al. | ) | Case No.: 13-CV-00854-LHK |
| | ) | |
| Plaintiffs, | ) | |
| | ) | ORDER RE: STIPULATION AND |
| v. | ) | ORDER TO CONTINUE HEARING ON |
| | ) | MOTION TO DISMISS |
| NATIONSTART MORTGAGE HOLDINGS, | ) | |
| INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

On March 11, 2013, while this case was pending before Magistrate Judge Lloyd, Defendants filed a motion to dismiss. The motion was set to be heard on April 23, 2013. On March 22, 2013, the parties filed a stipulation in which the parties stated that they are interested in settlement. In order to permit the parties additional time to consider settlement options, the parties requested that Judge Lloyd: (1) continue the motion hearing date to June 25, 2013; (2) change the due date for Plaintiff's opposition from March 25, 2013 to June 10, 2013; and (3) change the due date for Defendants' reply in support of the motion from April 1, 2013 to June 17, 2013. On March 25, 2013, after the stipulation was filed but before it could be ruled upon, this case was transferred to the undersigned judge due to the parties' failure to file their consents to proceed before Magistrate Judge Lloyd.

The Court hereby extends the due date for Plaintiff's opposition to June 10, 2013. The Court also extends the due date for Defendants' reply to June 17, 2013. Because this case has been transferred to the undersigned judge, Defendants must re-notice their motion to dismiss before this Court. Defendants must contact Courtroom Deputy Martha Parker Brown to obtain a new hearing date.

**IT IS SO ORDERED.**

Dated: April 3, 2013

_____
LUCY H. KOH
United States District Judge