UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN REYES, et al. | Case No.: 13-CV-00854-LHK |
| Plaintiffs, | |
| v. | ORDER TO FILE STATEMENT REGARDING MOTION TO DISMISS |
| NATIONSTART MORTGAGE HOLDINGS, INC., et al. | |
| Defendants. | |

As set forth in the Court's July 31, 2013 Case Management Order, Plaintiffs were required to file, by August 5, 2013, a statement regarding whether Plaintiffs agree to stipulate to dismissal without prejudice of their second, third, and sixth causes of action and to file an amended complaint by September 4, 2013.  Plaintiffs have yet to file their statement.  Plaintiffs are ordered to file their statement by August 8, 2013.

**IT IS SO ORDERED.**

Dated: August 7, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge