**UNITED STATES DISTRICT COURT**
For the Northern District of California

1
2
3
4
5
6
7   UNITED STATES DISTRICT COURT
8   Northern District of California
9   San Jose Division
10
11  MARTIN REYES, et al.,                       No. C 13-0854 LHK
            Plaintiffs,
12                                              **ORDER RE: ATTENDANCE AT MEDIATION**
        v.
13
    NATIONSTAR MORTGAGE HOLDINGS, et al,
14                                              Date:      October 29, 2013
            Defendants.                         Mediator:  Zela Claiborne
15  _____/
16
17
18      IT IS HEREBY ORDERED that the request to excuse Elizabeth Santoro, representative for
19  defendants, from appearing in person at the October 29, 2013 mediation session before Zela
20  Claiborne is GRANTED. Ms. Santoro shall be available at all times to participate by telephone in
21  the mediation in accordance with ADR L.R. 6-10(f).
22      IT IS SO ORDERED.
23
24  October 21, 2013            By:    _____
25  Dated                                      Maria-Elena James
                                        United States Magistrate Judge
26
27
28