UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| MARTIN REYES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONSTAR MORTGAGE HOLDINGS, et al, <br><br> Defendants. <br> _____/ | No. C 13-0854 LHK <br><br> **ORDER RE: ATTENDANCE AT MEDIATION** <br><br> Date:      October 29, 2013 <br> Mediator:  Zela Claiborne |

    IT IS HEREBY ORDERED that the request to excuse Elizabeth Santoro, representative for defendants, from appearing in person at the October 29, 2013 mediation session before Zela Claiborne is GRANTED. Ms. Santoro shall be available at all times to participate by telephone in the mediation in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

October 21, 2013          By: _____
Dated                                    Maria-Elena James
                                         United States Magistrate Judge