UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN REYES, et al.<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONSTART MORTGAGE HOLDINGS, INC., et al.<br><br>　　　　　　Defendants. | Case No.: 13-CV-00854-LHK<br><br>ORDER DIRECTING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the case management conference set for March 12, 2014, as required by Civil Local Rule 16-10(d). The parties are hereby ORDERED to file a Joint Case Management Statement by March 10, 2014, at noon. The statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: March 6, 2014

　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge